# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>PAUL STEPHEN YOUNG, JR. | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: DNCW508CR000022-001<br><br>USM Number: 23005-058<br><br><u>David Minor</u><br>Defendant's Attorney |

THE DEFENDANT:

- [X] pleaded guilty to count(s) <u>1 & 2</u>.
- [ ] Pleaded nolo contendere to count(s) which was accepted by the court.
- [ ] Was found guilty on count(s) after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 15:78(j)(b) & 78ff & 17 CFR, Section 240.10b-5 & 18:2 | Securities fraud | August 2007 | 1 |
| 26:7201 | Tax evasion | 4/15/06 | 2 |

    The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

- [ ] The defendant has been found not guilty on count(s) .
- [ ] Count(s) (is)(are) dismissed on the motion of the United States.

    **IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: April 6, 2009

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge

Date:      April 27, 2009

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWENTY-FOUR (24) MONTHS ON EACH OF COUNTS 1 AND 2 , TO BE SERVED CONCURRENTLY.

X   The Court makes the following recommendations to the Bureau of Prisons:

That defendant be designated to a facility as close to the Charlotte, NC, area as possible.
That defendant support his dependents while incarcerated under the Inmate Financial Responsibility Program.
That during the period of imprisonment monetary penalty payments shall be made through the Federal Bureau of Prison's Inmate Financial Responsibility Program.

X   The defendant is remanded to the custody of the United States Marshal.

__   The defendant shall surrender to the United States Marshal for this district:

__   At ____ On ___.
__   As notified by the United States Marshal.

__   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

__   Before 2 pm on .
__   As notified by the United States Marshal.
__   As notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _____ To _____

At _____, with a certified copy of this Judgment.

United States Marshal

By
Deputy Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS ON EACH OF COUNTS 1 AND 2, ALL SUCH TERMS TO RUN CONCURRENTLY.

X     The condition for mandatory drug testing is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court and any additional conditions ordered.

1. The defendant shall not commit another federal, state, or local crime.
2. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.
3. The defendant shall pay any financial obligation imposed by this judgment remaining unpaid as of the commencement of the sentence of probation or the term of supervised release on a schedule to be established by the court.
4. The defendant shall provide access to any personal or business financial information as requested by the probation officer.
5. The defendant shall not acquire any new lines of credit unless authorized to do so in advance by the probation officer.
6. The defendant shall not leave the Western District of North Carolina without the permission of the Court or probation officer.
7. The defendant shall report in person to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
8. A defendant on supervised release shall report in person to the probation officer in the district to which he or she is released within 72 hours of release from custody of the Bureau of Prisons.
9. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
10. The defendant shall support his or her dependents and meet other family responsibilities.
11. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other activities authorized by the probation officer.
12. The defendant shall notify the probation officer within 72 hours of any change in residence or employment.
13. The defendant shall refrain from excessive use of alcohol and shall not unlawfully purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as duly prescribed by a licensed physician.
14. The defendant shall participate in a program of testing and treatment or both for substance abuse if directed to do so by the probation officer, until such time as the defendant is released from the program by the probation officer; provided, however, that defendant shall submit to a drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter for use of any controlled substance, subject to the provisions of 18:3563(a)(5) or 18:3583(d), respectively.
15. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
16. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
17. The defendant shall submit his person, residence, office or vehicle to a search, from time to time, conducted by any U.S. Probation Officer and such other law enforcement personnel as the probation officer may deem advisable, without a warrant; and failure to submit to such a search may be grounds for revocation of probation or supervised release. The defendant shall warn other residents or occupants that such premises or vehicle may be subject to searches pursuant to this condition.
18. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed by the probation officer.
19. The defendant shall notify the probation officer within 72 hours of defendant's being arrested or questioned by a law enforcement officer.
20. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
21. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
22. If the instant offense was committed on or after 4/24/96, the defendant shall notify the probation officer of any material changes in defendant's economic circumstances which may affect the defendant's ability to pay any monetary penalty.
23. If home confinement (home detention, home incarceration or curfew) is included you may be required to pay all or part of the cost of the electronic monitoring or other location verification system program based upon your ability to pay as determined by the probation officer.
24. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

ADDITIONAL CONDITIONS:

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments.

| ASSESSMENT | FINE | RESTITUTION |
|---|---|---|
| $200.00 | $0.00 | $528,995.00 |

$100.00 ASSESSMENT FEE PER COUNT

**FINE**

　　　The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

 X 　　The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

 X 　　The interest requirement is waived.

 ＿ 　　The interest requirement is modified as follows:

**COURT APPOINTED COUNSEL FEES**

 ＿ 　　The defendant shall pay court appointed counsel fees.

 ＿ 　　The defendant shall pay $_____ towards court appointed fees.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

- A    __    Lump sum payment of $ _____ due immediately, balance due

         __    not later than _____ , or
         __    in accordance __ ©, __ (D) below; or

- B    X    Payment to begin immediately (may be combined with __ ©, X (D) below); or

- C    __    Payment in equal _____ (e.g. weekly, monthly, quarterly) installments of $ _____ to commence _____ (e.g. 30 or 60 days) after the date of this judgment; or

- D    X    Payment in equal __monthly__ installments of $ __100.00__ to commence __60__ days after release from imprisonment to a term of supervision. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. Probation Officer shall pursue collection of the amount due, and may request the court to establish or modify a payment schedule if appropriate 18 U.S.C. § 3572.

Special instructions regarding the payment of criminal monetary penalties:

- __ The defendant shall pay the cost of prosecution.
- __ The defendant shall pay the following court costs:
- __ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the United States District Court Clerk, 200 West Broad Street, Room 100, Statesville, NC 28677, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. All criminal monetary penalty payments are to be made as directed by the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# RESTITUTION PAYEES

The defendant shall make restitution to the following payees in the amounts listed below:

| NAME OF PAYEE | AMOUNT OF RESTITUTION ORDERED |
|---|---:|
| Stephen Abel | $5,590.00 |
| Ann Abner | $338.00 |
| Jay Harry Adams, Jr. | $1,276.00 |
| Marjorie & Alfred Adcock | $398.00 |
| Margaret Ahern | $1,400.00 |
| David & Betty Aldridge | $198.00 |
| Brenda Alexander | $30.00 |
| Robert Allison | $698.00 |
| Lynn Alsop | $399.00 |
| Harold Amos | $1,588.00 |
| Zulane Anderson | $224.00 |
| Robert Annis | $640.00 |
| Lillian Anspach | $418.00 |
| Joretta Archie | $2,202.00 |
| Deborah Arena | $199.00 |
| William & Anne Auton | $636.00 |
| Bob & Shari Bankhead | $369.00 |
| Nathaniel Bankhead | $338.00 |
| Mildred Barna | $1,100.00 |
| Boyce Barnett | $398.00 |
| Kim Barnette | $556.00 |
| Johnny & Nancy Barrier | $1,118.00 |
| Robert Barrows | $6,028.00 |
| Mary Bassinger | $423.00 |
| Ruth Bauer | $199.00 |
| Max & Doris Beaver | $576.00 |
| Cynthia Benfield | $432.00 |
| Hazel Bishop | $288.00 |
| Maxine Blakeney | $430.00 |
| Carolyn Blandford | $827.00 |

| Name | Amount |
|---|---|
| Al Blickey | $698.00 |
| Marie & Ernie Blitch | $448.00 |
| Pam Bohrer | $965.00 |
| Rose Bolick | $1,056.00 |
| Tena Bolick | $198.00 |
| Elizabeth Boshurzen | $0.00 |
| Claudine Bost | $338.00 |
| Bruce & Doris Bowen | $448.00 |
| Sandra Boyd | $198.00 |
| Richard Brady | $638.00 |
| Hilda Braungart | $90.00 |
| Ann Bremen | $90.00 |
| Herbert Broegmann | $9,180.00 |
| Crystal & Dean Broome | $777.00 |
| Dorcas Brotherton | $6,016.00 |
| Audrey Brown | $394.00 |
| Chet & Mary Brown | $638.00 |
| Franklin & Alice Brown | $1,200.00 |
| Perry Wayne Brown | $398.00 |
| Cathy Burchette | $998.00 |
| Patricia Burgess | $778.00 |
| Frances Burnside | $750.00 |
| Sarah Burris | $99.00 |
| Kay Burton | $338.00 |
| Joan Bustle | $99.00 |
| Lance Jeremy Cable | $576.00 |
| Jimmie Cagle | $200.00 |
| Mary Caldwell | $550.00 |
| Canaan Baptist Church | $4,000.00 |
| Polly Carrigan | $99.00 |
| Thomas & Polly Caskaddon | $398.00 |
| Eloise & Don Cavin | $196.00 |
| Elva Choate Cheek | $2,595.00 |
| Dorothy Childers | $639.00 |
| Shirley Childers | $550.00 |
| Kenneth Christy | $1,134.00 |
| Carol Clanton | $10,574.00 |

| Name | Amount |
|---|---|
| Lois Clanton | $1,015.00 |
| Owen Clanton | $700.00 |
| Shannon Clark | $1,000.00 |
| Nancy Cline | $423.00 |
| Ray & Hazel Cline | $576.00 |
| Shirley Cline | $259.00 |
| Julian Coggins, Sr. | $2,046.00 |
| Amico & Daisy Colaianni | $2,390.00 |
| Doris Cole | $3,629.00 |
| Jeannette Cooke | $1,601.00 |
| Melvin & Sheryan Coone | $0.00 |
| Christina Coren | $400.00 |
| Shirley & Walter Correll | $1,116.00 |
| Martin "Charlie" Corriher | $700.00 |
| Willie & Jacqueline Crabtree | $2,090.00 |
| Joyce Crawford | $868.00 |
| Elizabeth Creason | $224.00 |
| Susan Cress | $423.00 |
| Edwin & Veronica Crispell | $330.00 |
| Anna Critz | $449.00 |
| Walter Culbreth | $42,000.00 |
| Marilyn Curtis | $369.00 |
| Trudy Daniel | $368.00 |
| Arthur Lee Davis | $1,006.00 |
| Wayne & Helen Deal | $0.00 |
| Edsel Deese | $198.00 |
| Jerry & Sharon Deese | $198.00 |
| P. Joyce Dellinger | $98.00 |
| Ruth Dellinger | $89.00 |
| T. Keats Dellinger | $618.00 |
| Nellie DeVault | $338.00 |
| Adam Dillard | $224.00 |
| Furman & Dallene Dillard | $576.00 |
| Andrew & LouAnn Dodd | $576.00 |
| John & Claire Durkin | $7,773.00 |
| Larry Dyson | $1,889.00 |
| Lucinda Dyson | $3,014.00 |

| Name | Amount |
|---|---|
| Herman & Janet Eagle | $700.00 |
| Paul & Paula Eaton | $836.00 |
| Vivian Edgerton | $1,566.00 |
| Mary Beth Edmiston | $7,474.00 |
| William & Virginia Edmiston | $1,100.00 |
| Shirley & Jack Edwards | $1,400.00 |
| Sandy Elder | $99.00 |
| Mildred Elliott | $198.00 |
| Christine Ervin | $8,032.00 |
| Lee Henry Estep | $765.00 |
| Bob Eudy | $519.00 |
| Louise Everhardt | $403.00 |
| A. J. Everhart | $372.00 |
| Nancy Everhart | $934.00 |
| John & Mary Evrard | $750.00 |
| Dewayne Exline | $5,800.00 |
| Wanda Fairweather | $750.00 |
| Henry & Brenda Foote | $1,508.00 |
| Walter Fosbenner | $400.00 |
| Anita Diane Fowler | $224.00 |
| Josephine Francis | $1,588.00 |
| Carolyn Freeman | $199.00 |
| Velma Freeman | $589.00 |
| Ross & Myrtle Freeze | $283.00 |
| Gina Frye | $2,000.00 |
| Ronald Frye | $2,595.00 |
| Lucille Funderburk | $99.00 |
| James Gabriel | $3,200.00 |
| Allene Gaither | $3,281.00 |
| Judy Gallaher | $225.00 |
| Susan Germuth | $1,468.00 |
| Cindy & Freddie Gilbert | $448.00 |
| Sandra Gilmer | $1,023.00 |
| Haria Givens | $199.00 |
| Martha Godley | $368.00 |
| Joe Goodnight | $1,990.00 |
| Bill Graham | $2,750.00 |

| Name | Amount |
|---|---|
| Carolyn Graham | $559.00 |
| Harold & Patricia Graham | $4,390.00 |
| Hattie Grant | $2,990.00 |
| Helen Grant | $100.00 |
| Camille Green | $199.00 |
| Kay Greene | $198.00 |
| Ronald & Janice Greene | $198.00 |
| Betty Greenhill | $1,353.00 |
| Roosevelt Gregory | $1,538.00 |
| Barbara Griffin | $2,595.00 |
| Mildred J. Grubb | $259.00 |
| Dennis & Carol Gryder | $194.00 |
| Joan Grzanka | $90.00 |
| Edith Hager | $498.00 |
| Margaret Hagerty | $259.00 |
| Emily K. Hall | $2,595.00 |
| Richard Harry Hamilton | $288.00 |
| Bette Hampton | $99.00 |
| Donald & Linda Hampton | $576.00 |
| Lisa Hardwick | $2,037.00 |
| Judy Harkey | $194.00 |
| Clarence & Sharon Harrell | $0.00 |
| Rebecca Harwell | $640.00 |
| Geraldine Hatton | $297.00 |
| Florence Hayest | $338.00 |
| Sarah Heasley | $448.00 |
| Waynoka Heel | $119.00 |
| Mary Hellwig | $368.00 |
| Pat Helms | $1,276.00 |
| Vanessa Henley | $98.00 |
| Robert & Joyce Hennecy | $448.00 |
| Vern & Carole Hensel | $368.00 |
| Dorothy Herb | $213.00 |
| Joan Herron | $338.00 |
| Jacob & Carol Hickman | $576.00 |
| Donna Hill | $90.00 |
| Elaine Hillen | $199.00 |

| Name | Amount |
|---|---|
| Phyllis Hilton | $99.00 |
| Jerry & Annette Hinson | $700.00 |
| John Horbelt | $238.00 |
| Linda Hoyle | $224.00 |
| Shirley & Joe Hudson | $598.00 |
| Mary Huie | $5,732.00 |
| Betty Hunt | $338.00 |
| Ann Jackson | $179.00 |
| Berna Jackson | $400.00 |
| Ruby Jackson | $1,500.00 |
| Jeannie Jacobs | $1,294.00 |
| Jean James | $224.00 |
| Betty Johnson | $197.00 |
| Rachel & Harold Johnson | $3,422.00 |
| Sue Johnson | $338.00 |
| Walter, Carol & Kimberly Johnson | $636.00 |
| William & Carol Johnson | $898.00 |
| Mytris Jolly | $224.00 |
| Donald & Betty Jones | $798.00 |
| Dora Jones | $368.00 |
| Margaret Joseph | $288.00 |
| Glenda Karriker | $1,197.00 |
| Carlye Kearns | $700.00 |
| Marilyn Keller | $488.00 |
| Donna Kerley | $297.00 |
| Edith Ketner | $297.00 |
| Vicki Key | $913.00 |
| Mark Kidd | $676.00 |
| James Kiser | $856.00 |
| Kathryn Kluttz | $119.00 |
| Norman Kluttz | $11,900.00 |
| Allie Knight | $200.00 |
| Louise Knox | $2,595.00 |
| Doris Kurfees | $1,850.00 |
| Carolyn Lackey | $91.00 |
| Sandra Lane | $99.00 |
| Joyce Laney | $99.00 |

| Name | Amount |
|---|---|
| Diane Larrimore | $338.00 |
| Brenda Latham | $954.00 |
| Christine Laurenson | $199.00 |
| Ernest Lawling | $750.00 |
| Myrtle Lawson | $199.00 |
| Legends in Concert/Christine Beattie | $2,208.00 |
| Jeff & J'Neile Leitch | $1,250.00 |
| Hazel LeMunyan | $700.00 |
| Catherine Levan | $100.00 |
| Billie Lewis | $338.00 |
| Edith Lewis | $220.00 |
| Kevin Lincicome | $260.00 |
| Vincent & Cynthia Lipari | $3,927.00 |
| Connor Larry Lippard | $194.00 |
| William Little | $586.00 |
| Dianna & Jerry Long | $1,318.00 |
| Robert Lovet | $5,331.00 |
| Wayne & Carol Lyles | $217.00 |
| Shirley Lynch | $198.00 |
| Shelby Malcolm | $480.00 |
| Dorothy Mann | $198.00 |
| Tony & Cindy Marlow | $600.00 |
| Mary Martin | $495.00 |
| Misty Martin | $99.00 |
| Linda Mattingly | $827.00 |
| Arlene Mazurek | $190.00 |
| John & Carol McClendon | $5,390.00 |
| Virginia Ann McConnell | $224.00 |
| Marie McCord | $285.00 |
| Frances McCorkle | $588.00 |
| Duncan & Mary McDuffie | $0.00 |
| Michael & Lisa McGee | $400.00 |
| Jerry & Vickie McKinney | $1,197.00 |
| Vick McKinney | $300.00 |
| Betty & Howard McLelland | $2,676.00 |
| Kevn McNai | $958.00 |
| James & Rhonda Mead | $676.00 |

| Name | Amount |
|---|---|
| Ethel Merrill | $1,023.00 |
| Joe & Jackie Miller | $576.00 |
| John & Belinda Miller | $661.00 |
| Delores Mills | $1,263.00 |
| Mildred Mingus | $338.00 |
| Aaron & Patsy Misenheimer | $576.00 |
| Louise Moore | $697.00 |
| Mimi Moore | $1,375.00 |
| Robert Moore | $1,400.00 |
| Tony & Debra Moore | $1, 826.00 |
| Chasity Morgan | $259.00 |
| Juanita Morrison | $913.00 |
| Melynne Morrison | $1,000.00 |
| Nancy Morrison | $2,213.00 |
| Armedia Moses | $369.00 |
| Marie Murr | $2,100.00 |
| Danna Musselwhite | $399.00 |
| Frankie Musselwhite | $399.00 |
| Waynoka Neel | $119.00 |
| Patricia Nichols | $0.00 |
| Philip Nicholson | $318.00 |
| Nancy O'Brien | $199.00 |
| Norman & Gwendolyn Oakley | $1,338.00 |
| Jane Odom | $800.00 |
| JoAnn Oswalt | $194.00 |
| William Othling, Jr. | $180.00 |
| William Ours | $1,298.00 |
| June Overcash | $338.00 |
| Kathleen Overcash | $297.00 |
| Jean Page | $958.00 |
| Hartmut & Carolyn Pannwitz | $700.00 |
| Miriam Parrott | $538.00 |
| John & Verona Paulk | $398.00 |
| Rena Pender | $520.00 |
| Ruth Ann Pennell | $99.00 |
| Rita & Donald Penny | $419.00 |
| Evelyn Petri | $359.00 |

| Name | Amount |
|---|---|
| Dathene Phillips | $298.00 |
| John Phipps | $8,590.00 |
| Angela Pinnix | $99.00 |
| Judy Poston | $324.00 |
| Betty Powers | $826.00 |
| Jerry & Rachel Powers | $5,918.00 |
| Beverly Ramey | $380.00 |
| Mary Rankin | $528.00 |
| George Rapp | $448.00 |
| William Rappe | $448.00 |
| Betty Reid | $508.00 |
| Margaret Reid | $610.00 |
| Glenda Rhines | $178.00 |
| Patricia Richardson | $258.00 |
| Eleanor Ridenhour | $250.00 |
| Wayne Rink | $398.00 |
| Alene Rinke | $289.00 |
| Barbara Robbins | $199.00 |
| Djuna Roberts | $300.00 |
| William Roberts | $676.00 |
| Darrell Robinette | $200.00 |
| Lewis Robinette | $636.00 |
| Daylon Robinson | $1,100.00 |
| Janis Rowe | $99.00 |
| Beverly Rowse | $199.00 |
| Loretta Royster | $5,466.00 |
| Veronica Ruggles | $180.00 |
| Lucile Russell | $1,586.00 |
| William Sample | $856.00 |
| Beverly Sarro | $399.00 |
| Jean Saunders | $999.00 |
| Gerard Schreuders | $700.00 |
| Martha & C. Lyle Scruggs | $1,400.00 |
| Scottie Sebastian | $249.00 |
| Betty Sherrill | $87.00 |
| Janice Sherrill | $318.00 |
| Elizabeth Shinn | $505.00 |

| Name | Amount |
|---|---|
| Kenneth Shinn | $3,700.00 |
| Louise Shive | $318.00 |
| Edwin Shoaf | $700.00 |
| Betty Sigmon | $644.00 |
| Bill & Cathy Simpson | $750.00 |
| Dorothy Sims | $99.00 |
| Julia Skerlak | $369.00 |
| Linda Sloan | $199.00 |
| Charlotte Smith | $99.00 |
| Elizabeth Smith | $199.00 |
| Jane Smith | $850.00 |
| Sue Smith | $448.00 |
| Joann Snider | $1,432.00 |
| Dorothy Snyder | $368.00 |
| Lynne Souther | $98.00 |
| Jessie St. John | $3,132.00 |
| Ronnie Stalings | $504.00 |
| Shirley Stallings | $496.00 |
| Vickie Starnes | $236.00 |
| Dora Staten | $9,976.00 |
| Patricia Stephens | $90.00 |
| James & Nettie Stocks | $576.00 |
| Alan Stopko | $856.00 |
| Mary Stout | $93.00 |
| Brenda Stowe | $436.00 |
| Susan Strickland | $0.00 |
| Blanche Stroud | $1,606.00 |
| Geneva "Jimmie" Stroupe | $734.00 |
| Vickie Stutts | $0.00 |
| Betty Suther | $94.00 |
| Barbara Taylor | $669.00 |
| David & Gwen Taylor | $1,152.00 |
| Ray & Margaret Teague | $196.00 |
| John & Carolyn Thomas | $0.00 |
| Patricia Thomas | $199.00 |
| Edith Thompson | $1,566.00 |
| Reba Townsend | $99.00 |

| Name | Amount |
|---|---:|
| Patsy Trigg | $129.00 |
| Mary Trimberger | $394.00 |
| Yvonne Tucker | $1,832.00 |
| Leona Turner | $338.00 |
| Ricahrd & Kathryn Turner | $676.00 |
| Roy Turner | $1,874.00 |
| Lois Utz | $368.00 |
| Jewel & Ila Valentine | $1,698.00 |
| Michael Valentine | $198.00 |
| Eunice Vincent | $584.00 |
| Donna Virtue | $213.00 |
| Floyd Walcher | $3,792.00 |
| Louise Walker | $700.00 |
| Dwight & Joann Wallace | $750.00 |
| Robin Wally | $99.00 |
| Jeanette Watts | $1,400.00 |
| Shirley Watts | $199.00 |
| Jean Waugh | $224.00 |
| Joyce Way | $338.00 |
| Harry & Portia Weatherly | $398.00 |
| Joanna Weavil | $4,990.00 |
| James & Marion Weber | $800.00 |
| Jennifer Weber | $200.00 |
| Frances White | $700.00 |
| Barbara Whitlow | $2,076.00 |
| Celeste Wilkinson | $5,800.00 |
| Charles Williams | $400.00 |
| Leroy Williams | $0.00 |
| Marie Williams | $0.00 |
| Pauline Williams | $532.00 |
| Sandra Williams | $197.00 |
| Melinda Willis | $339.00 |
| Wade & Leona Wilson | $2,050.00 |
| Ryan Woodard | $499.00 |
| Suzanne Woodland | $5,000.00 |
| Peggy Wright | $338.00 |
| Janet Wyatt | $448.00 |

| | |
|---|---|
| Mattie Wyatt | $734.00 |
| Archie & Betty Yates | $198.00 |
| Anita York | $389.00 |
| Martha York | $387.00 |
| Donnie & Juanita Yow | $1,116.00 |
| Ed & Roswitha Ziemak | $8,880.00 |
| Dennis Zotsman | $400.00 |
| **SUBTOTAL** | $464,957.00 |
| Internal Revenue Service | $64,038.00 |
| **TOTAL** | $528,995.00 |

__  The defendant is jointly and severally liable with co-defendants for the total amount of restitution.

_X_  Any payment not in full shall be divided proportionately among victims.

**Court allows 90 days to amend the judgment.   More losses are expected to be reported.**